### 15846. MOORE *v.* THE STATE.

BROYLES, C. J. The motion for a new trial contained the usual general grounds only; the verdict was authorized by the evidence, and the refusal to grant a new trial was not error.

             *Judgment affirmed. Luke and Bloodworth, JJ., concur.*

                 DECIDED NOVEMBER 13, 1924.

Indictment for possession of liquor; from Terrell superior court —Judge Yeomans. July 26, 1924.

*W. H. Gurr,* for plaintiff in error.

*B. T. Castellow, solicitor-general, R. R. Arnold, E. C. Hill,* contra.

---

### 15867. CUNNINGHAM *v.* THE STATE.

BLOODWORTH, J. The evidence in this case is conflicting; the jury, who are the final arbiters on questions of fact, showed by their verdict that they found enough evidence to authorize a verdict of shooting at another, and this court will not say as a matter of law that the verdict is without evidence to support it.

             *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

                 DECIDED NOVEMBER 13, 1924.

Conviction of shooting at another; from Fulton superior court— Judge Howard. August 2, 1924.

*R. B. Blackburn,* for plaintiff in error.

*John A. Boykin, solicitor-general, E. A. Stephens, Ralph H. Pharr,* contra.